# Court of Appeals
# of the State of Georgia

ATLANTA, May 12, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0191. WILLIAMS v. WILLIAMS.**

After due consideration, we hereby DENY Kyesia Williams's request for emergency relief in this matter.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/12/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*